ALLAN R. FRUMKIN, Bar No. 50543
frumkinlaw@aol.com
PATRICK RIAZI, Bar No. 224017
priazi@riazilaw.com
LAW OFFICES OF ALLAN R. FRUMKIN, INC.
5900 King Road
Loomis, CA 95650
Telephone: 916.660.9298
Facsimile: 916.852.7380

Attorneys for Plaintiff
LILIA LOPEZ


BARBARA A. BLACKBURN, Bar No. 253731
bblackburn@littler.com
DOUGLAS L. ROPEL, Bar No. 300486
dropel@littler.com
LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
Telephone: 916.830.7200
Facsimile.: 916.561.0828

Attorneys for Defendant
HCR MANORCARE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILIA LOPEZ,<br><br>    Plaintiff,<br><br>v.<br><br>HCR MANORCARE, INC., an Ohio corporation dba ManorCare Health Services-Citrus Heights, and DOES 1 through 29, inclusive,<br><br>    Defendants. | Case No. 2:20-CV-00458-JAM-KJN<br><br>*Assigned to District Judge John A. Mendez*<br><br>**AMENDED STIPULATED REQUEST TO EXTEND TIME FOR DEFENDANT HCR MANORCARE, INC. TO RESPOND TO PLAINTIFF LILIA LOPEZ'S COMPLAINT; ORDER**<br><br>Complaint filed: December 2, 2019 |

STIPULATED REQUEST TO EXTEND TIME FOR DEFENDANT HCR MANORCARE, INC. TO RESPOND TO PLAINTIFF LILIA LOPEZ'S COMPLAINT; [PROPOSED] ORDER

Case No. 2:20-CV-00458-JAM-KJN

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

Pursuant to Local Rule 144, Defendant HCR MANORCARE, INC. and Plaintiff LILIA LOPEZ hereby stipulate and request, through their respective counsel, as follows:

(1) Defendant's deadline for filing a response to Plaintiff's Complaint, filed in the Sacramento County Superior Court on December 2, 2020, and timely removed by Defendant to this Court on February 28, 2020, shall be extended to May 8, 2020 (*i.e.*, 35 days from the current responsive pleading deadline).

(2) The parties obtained an initial extension of time (equal to 28 days) for Defendant to file a responsive pleading in this matter, pursuant to Local Rule 144(a). The current deadline for Defendant's responsive pleading, by virtue of this initial extension of time, is April 3, 2020.

(3) Good cause exists for granting the parties' stipulated request for an additional extension of time for Defendant to file a responsive pleading. This extension is requested to allow the parties to explore early resolution of this matter before incurring further litigation expenses. The additional time is also necessary as Defendant is focused on safe and effective operation of its long-term care facilities (which provide services to residents identified as at heightened risk of severe illness due to coronavirus infection) during the public health crisis caused by the COVID-19 pandemic.

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

STIPULATED REQUEST TO EXTEND TIME FOR DEFENDANT HCR MANORCARE, INC. TO RESPOND TO PLAINTIFF LILIA LOPEZ'S COMPLAINT; [PROPOSED] ORDER

2.

Case No. 2:20-CV-00458-JAM-KJN

**IT IS SO STIPULATED:**

Dated: March 25, 2020   LAW OFFICES OF ALLAN R. FRUMKIN, INC.

By: */s/Allan R. Frumkin (as authorized on 3/25/20)*
 ALLAN R. FRUMKIN
 Attorney for Plaintiff
 LILIA LOPEZ

Dated: March 25, 2020   LITTLER MENDELSON, P.C.

By: */s/ Douglas L. Ropel*
 BARBARA A. BLACKBURN
 DOUGLAS L. ROPEL
 Attorneys for Defendant
 HCR MANORCARE, INC.

### ORDER

Having read and considered the parties' recitals and stipulation, as set forth above, and good cause appearing wherefore, the Court hereby orders as follows:

1) The parties' stipulated request for an additional extension of time for Defendant to file a responsive pleading to May 8, 2020, is granted.

**IT IS SO ORDERED.**

Date: 3/25/2020   /s/ John A. Mendez

 JOHN A. MENDEZ
 UNITED STATES DISTRICT COURT JUDGE

4844-8756-8822.1 052829.1563

STIPULATED REQUEST TO EXTEND TIME FOR DEFENDANT HCR MANORCARE, INC. TO RESPOND TO PLAINTIFF LILIA LOPEZ'S COMPLAINT; [PROPOSED] ORDER   3.   Case No. 2:20-CV-00458-JAM-KJN

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200