ALLAN R. FRUMKIN, Bar No. 50543
frumkinlaw@aol.com
PATRICK RIAZI, Bar No. 224017
priazi@riazilaw.com
LAW OFFICES OF ALLAN R. FRUMKIN, INC.
5900 King Road
Loomis, CA 95650
Telephone: 916.660.9298
Facsimile: 916.852.7380

Attorneys for Plaintiff
LILIA LOPEZ

BARBARA A. BLACKBURN, Bar No. 253731
bblackburn@littler.com
DOUGLAS L. ROPEL, Bar No. 300486
dropel@littler.com
LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
Telephone: 916.830.7200
Facsimile.: 916.561.0828

Attorneys for Defendant
HCR MANORCARE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILIA LOPEZ, <br><br> Plaintiff, <br><br> v. <br><br> HCR MANORCARE, INC., an Ohio corporation dba ManorCare Health Services-Citrus Heights, and DOES 1 through 29, inclusive, <br><br> Defendants. | Case No. 2:20-CV-00458-JAM-KJN <br><br> *Assigned to District Judge John A. Mendez* <br><br> **STIPULATED REQUEST TO MODIFY ORDER REQUIRING SERVICE OF PROCESS AND JOINT STATUS REPORT; ORDER** <br><br> Complaint filed: December 2, 2019 |

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

STIPULATED REQUEST TO MODIFY ORDER REQUIRING SERVICE OF PROCESS AND JOINT STATUS REPORT; [PROPOSED] ORDER

Case No. 2:20-CV-00458-JAM-KJN

1 | Pursuant to Local Rule 143, Defendant HCR MANORCARE, INC. and Plaintiff
2 | LILIA LOPEZ hereby stipulate and request, through their respective counsel, as follows:

3 | (1) The parties' deadline for conducting a discovery conference pursuant to Rule
4 | 26 of the Federal Rules of Civil Procedure and submitting a Status Report to this Court pursuant to
5 | the Order Requiring Service of Process and Joint Status Report was April 28, 2020 (60 days after the
6 | removal of this matter). *See* ECF 1-2. Since the removal of this matter, the parties have stipulated to
7 | three extensions of time for Defendant to file a responsive pleading to Plaintiff's Complaint. *See*
8 | ECF 6-11. Two of these stipulated extensions of time were approved by this Court, pursuant to
9 | Local Rule 144.  *Id.*  The current deadline for Defendant to file its responsive pleading is June 8,
10 | 2020. ECF 11.

11 | (2) These extensions have been requested to allow the parties to explore early
12 | resolution of this matter before incurring further litigation expenses. The additional time has also
13 | been necessary as Defendant is focused on safe and effective operation of its long-term care facilities
14 | (which provide services to residents identified as at heightened risk of severe illness due to
15 | coronavirus infection) during the public health crisis caused by the COVID-19 pandemic. As a
16 | result of Plaintiff's action not yet being at issue, the parties' counsel inadvertently failed to observe
17 | the Court's deadline for the filing of the Status Report.

18 | (3) The parties hereby jointly request the Court modify paragraph 4 of its Order
19 | Requiring Service of Process and Joint Status Report as follows:

20 | **Within thirty (30) days of Defendant filing its Answer to Plaintiff's Complaint,**
21 | **the parties shall confer as required by Fed. R. Civ. P. 26(f) and shall prepare and submit to the**
22 | **Court a joint status report that includes the Rule 26(f) discovery plan. The status report shall**
23 | **address the following matters:**

24 | **a. The nature of the case;**
25 | **b. Progress in the service of process;**
26 | **c. Possible joinder of additional parties;**
27 | **d. Any expected or desired amendment of pleadings;**
28 | **e. Jurisdiction and venue;**

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

STIPULATED REQUEST TO MODIFY ORDER REQUIRING SERVICE OF PROCESS AND JOINT STATUS REPORT; [PROPOSED] ORDER        2.        Case No. 2:20-CV-00458-JAM-KJN

  **f. Anticipated motions and the scheduling of motions;**

  **g. Anticipated discovery and the scheduling of discovery, including:**

   **(1) what changes, if any, should be made in the timing, form, or requirement for disclosures under Rule 26(a), including a statement as to when disclosures under Rule 26(a)(1) were made or will be made;**

   **(2) the subjects on which discovery may be needed, when discovery should be completed, and whether discovery should be conducted in phases or be limited to or focused upon particular issues;**

   **(3) what changes, if any, should be made in the limitations on discovery imposed under the Civil Rules and what other limitations, if any, should be imposed; and**

   **(4) the timing of the disclosure of expert witnesses and information required by Rule 26(a)(2).**

  **h. Future proceedings, including setting appropriate cut−off dates for discovery, law and motion, and the scheduling of pretrial and trial;**

  **i. Appropriateness of special procedures;**

  **j. Estimate of trial time;**

  **k. Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action or proceedings;**

  **l. Whether the case is related to any other case, including any matters in bankruptcy;**

  **m. Whether a settlement conference should be scheduled; and**

  **n. Any other matters that may add to the just and expeditious disposition of this matter.**

  (4) The requested modification and extension of time for the parties to conduct a Rule 26 conference and submit a Status Report will allow the parties to continue to explore early resolution of this matter before incurring further litigation expenses.

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

STIPULATED REQUEST TO MODIFY ORDER REQUIRING SERVICE OF PROCESS AND JOINT STATUS REPORT; [PROPOSED] ORDER   3.   Case No. 2:20-CV-00458-JAM-KJN

**IT IS SO STIPULATED:**

Dated: May 4, 2020                    LAW OFFICES OF ALLAN R. FRUMKIN, INC.


By: */s/Allan R. Frumkin (as authorized on 5/5/20)*
    ALLAN R. FRUMKIN
    Attorney for Plaintiff
    LILIA LOPEZ


Dated: May 4, 2020                    LITTLER MENDELSON, P.C.


By: */s/ Douglas L. Ropel*
    BARBARA A. BLACKBURN
    DOUGLAS L. ROPEL
    Attorneys for Defendant
    HCR MANORCARE, INC.


**ORDER**

Having read and considered the parties' recitals and stipulation, as set forth above, and good cause appearing wherefore, the Court hereby orders as follows:

1)  The parties' stipulated request to modify the Order Requiring Service of Process and Joint Status Report dated March 2, 2020, is granted.

**IT IS SO ORDERED.**


Date: May 5, 2020                     /s/ John A. Mendez
                                      JOHN A. MENDEZ
                                      UNITED STATES DISTRICT COURT JUDGE


4840-0608-9659.1 052829.1563

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

STIPULATED REQUEST TO MODIFY ORDER REQUIRING SERVICE OF PROCESS AND JOINT STATUS REPORT; [PROPOSED] ORDER    4.    Case No. 2:20-CV-00458-JAM-KJN