1  ALLAN R. FRUMKIN, Bar No. 50543
   frumkinlaw@aol.com
2  PATRICK RIAZI, Bar No. 224017
   priazi@riazilaw.com
3  LAW OFFICES OF ALLAN R. FRUMKIN, INC.
   5900 King Road
4  Loomis, CA  95650
   Telephone:    916.660.9298
5  Facsimile:    916.852.7380

6  Attorneys for Plaintiff
   LILIA LOPEZ
7

8  BARBARA A. BLACKBURN, Bar No. 253731
   bblackburn@littler.com
9  DOUGLAS L. ROPEL, Bar No. 300486
   dropel@littler.com
10 LITTLER MENDELSON, P.C.
   500 Capitol Mall
11 Suite 2000
   Sacramento, CA  95814
12 Telephone:    916.830.7200
   Facsimile.:    916.561.0828
13
   Attorneys for Defendant
14 HCR MANORCARE, INC.

15

16                    UNITED STATES DISTRICT COURT

17                    EASTERN DISTRICT OF CALIFORNIA

18 | LILIA LOPEZ,                          | Case No.  2:20-CV-00458-JAM-KJN

19 |                Plaintiff,             |

   |                                       | *Assigned to District Judge John A. Mendez*

20 |        v.                             | **STIPULATED REQUEST TO EXTEND

21 | HCR MANORCARE, INC., an Ohio          | TIME FOR DEFENDANT HCR
   | corporation dba ManorCare Health      | MANORCARE, INC. TO RESPOND TO
22 | Services-Citrus Heights, and DOES 1   | PLAINTIFF LILIA LOPEZ'S COMPLAINT;
   | through 29, inclusive,                | ORDER**

23 |                Defendants.            | Complaint filed:   December 2, 2019

24 | .                                     |

25

26

27

28

STIPULATED REQUEST TO EXTEND TIME FOR
DEFENDANT HCR MANORCARE, INC. TO
RESPOND TO PLAINTIFF LILIA LOPEZ'S
COMPLAINT; ORDER

Case No.  2:20-CV-00458-JAM-KJN

Pursuant to Local Rule 144, Defendant HCR MANORCARE, INC. and Plaintiff LILIA LOPEZ hereby stipulate and request, through their respective counsel, as follows:

(1)     Defendant's deadline for filing a response to Plaintiff's Complaint, filed in the Sacramento County Superior Court on December 2, 2020, and timely removed by Defendant to this Court on February 28, 2020, shall be extended to **September 8, 2020** (*i.e.*, 60 days from the current responsive pleading deadline).

(2)     The parties obtained an initial extension of time (equal to 28 days) for Defendant to file a responsive pleading in this matter, pursuant to Local Rule 144(a), and three additional extensions of time totaling 95 days. The current deadline for Defendant's responsive pleading is July 8, 2020.

(3)     Good cause exists for granting the parties' stipulated request for an additional extension of time for Defendant to file a responsive pleading.  At the time of the filing of this stipulated request, the parties have reached a tentative agreement to settle this matter and are working diligently to finalize the settlement.  This extension is requested to allow the parties to finalize the settlement and then request dismissal of this matter.  The additional time is also necessary as Defendant continues to be focused on safe and effective operation of its long-term care facilities (which provide services to residents identified as at heightened risk of severe illness due to coronavirus infection) during the public health crisis caused by the COVID-19 pandemic.

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA  95814
916.830.7200

STIPULATED REQUEST TO EXTEND TIME FOR
DEFENDANT HCR MANORCARE, INC. TO
RESPOND TO PLAINTIFF LILIA LOPEZ'S
COMPLAINT; ORDER

2.

Case No.  2:20-CV-00458-JAM-KJN

**IT IS SO STIPULATED:**

Dated:  July 8, 2020                        LAW OFFICES OF ALLAN R. FRUMKIN, INC.


                                            By: */s/Allan R. Frumkin (as authorized on 7/8/20)*
                                                ALLAN R. FRUMKIN
                                                Attorney for Plaintiff
                                                LILIA LOPEZ


Dated:  July 8, 2020                        LITTLER MENDELSON, P.C.


                                            By: */s/ Douglas L. Ropel*
                                                BARBARA A. BLACKBURN
                                                DOUGLAS L. ROPEL
                                                Attorneys for Defendant
                                                HCR MANORCARE, INC.


**ORDER**

   Having read and considered the parties' recitals and stipulation, as set forth above, and good cause appearing wherefore, the Court hereby orders as follows:

   1)   The parties' stipulated request for an additional extension of time for Defendant to file a responsive pleading to **September 8, 2020**, is granted.


**IT IS SO ORDERED.**


DATED:                                          /s/ John A. Mendez
                                                Honorable John A. Mendez
                                                UNITED STATES DISTRICT COURT JUDGE

STIPULATED REQUEST TO EXTEND TIME FOR          3.          Case No.  2:20-CV-00458-JAM-KJN
DEFENDANT HCR MANORCARE, INC. TO
RESPOND TO PLAINTIFF LILIA LOPEZ'S
COMPLAINT; ORDER